No. 399. ROWAN, DBA AMERICAN BOOK SERVICE, ET AL. *v.* UNITED STATES POST OFFICE DEPARTMENT ET AL. Appeal from D. C. C. D. Cal. Probable jurisdiction noted. *Joseph Taback* for appellants. *Solicitor General Griswold, Assistant Attorney General Ruckelshaus,* and *Robert V. Zener* for appellees.

No. 85, Misc. IN RE WINSHIP. Appeal from Ct. App. N. Y. Probable jurisdiction noted. Motion for leave to proceed *in forma pauperis* granted and case transferred to appellate docket. *William E. Hellerstein* for appellant. *J. Lee Rankin* and *Stanley Buchsbaum* in opposition.

No. 403. UNITED STATES *v.* VAN LEEUWEN. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Sidney M. Glazer* for the United States. *Richard James Waters* for respondent.

No. 445. STANDARD INDUSTRIES, INC. *v.* TIGRETT INDUSTRIES, INC., ET AL. C. A. 6th Cir. Certiorari granted. *Maximilian Bader* and *I. Walton Bader* for petitioner. *Ralph W. Kalish* for respondents.

No. 360. MANCUSO *v.* FRAIMAN. Ct. App. N. Y. Certiorari denied. *Fabian G. Palomino* and *Jeremiah B. Bloom* for petitioner.